# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-3047
_____

Harold B. Mason

*Plaintiff - Appellant*

v.

Invision, LLC; S. Eric Westacott

*Defendants - Appellees*

Timothy McMahon; Ja'net Morgan

*Defendant*s
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: March 23, 2015
Filed: March 26, 2015
[Unpublished]
_____

Before BYE, COLLOTON, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Harold Mason appeals the district court's[1] adverse judgment following a bench trial in his employment-discrimination action. Upon careful review, we find no basis for reversal. <u>See</u> Fed. R. App. P. 10(b)(1) (discussing appellant's duty to order transcript); <u>Van Treese v. Blome</u>, 7 F.3d 729 (8th Cir. 1993) (per curiam) (court's factual findings, refusal to call witnesses, and denial of motions at bench trial cannot be reviewed without transcript).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____

[1] The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.